

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-22-00358-CV

———————————————————

IN RE MARIA DODD, Relator

---

Original Proceeding
431st District Court of Denton County, Texas
Trial Court No. 16-08887-431

---

Before Wallach, Bassel, and Womack, JJ
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered:  September 15, 2022